# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Diaz, | No. CV-23-01147-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Gehan Homes Construction Company LLC, | |
| Defendant. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 25).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 11th day of December, 2023.

_____
Dominic W. Lanza
United States District Judge